# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 647 |
| | : | |
| ORDER AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 205.2, 205.5, 206.1, 206.4, 208.2, | : | |
| 208.3, 210, 239, 239.8, 239.9, | : | DOCKET |
| 1028, 1034, AND 1035.2 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of June, 2016, upon the recommendation of the Civil Procedural Rules Committee and the Domestic Relations Procedural Rules Committee, the proposal having been published for public comment at 45 Pa.B. 5384 (August 29, 2015):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) Rules 205.2, 205.5, 206.1, 206.4, 208.2, 208.3, 210, 239, 239.8, 239.9, 1028, 1034, and 1035.2 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

2) Local rules of civil procedure effective prior to August 1, 2016 shall be compiled and published on the local court website in accordance with Pa.R.J.A. No. 103(d)(7), see No. 464 Judicial Administration Docket (June 28, 2016); No. 465 Judicial Administration Docket (June 28, 2016), no later than September 1, 2016 to remain effective.

3) Local rules of civil procedure that have been adopted before, but not yet published in the *Pennsylvania Bulletin* as of August 1, 2016 pursuant to Pa.R.C.P. No. 239 shall be subject to the requirements of Pa.R.J.A. No. 103(d)(5)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

4) Local rules of civil procedure that have been published in the *Pennsylvania Bulletin* as of August 1, 2016 but are not yet effective pursuant to Pa.R.C.P. 239 shall become effective in accordance with Pa.R.J.A. No. 103(d)(5)(iii) and shall be subject to the requirements of Pa.R.J.A. No. 103(d)(6)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

5) Local rules of civil procedure that have been approved by the Civil Procedural Rules Committee pursuant to Pa.R.C.P. No. 239.8, but have not yet been published and made effective as of August 1, 2016 shall be subject to the requirements of Pa.R.J.A. No. 103(d)(5)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on August 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.